| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Caputo, A. Richard | 2. Court or Organization<br><br>U.S. Dist. Ct. M.D. of PA | 3. Date of Report<br><br>5/6/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>235 North Washington Avenue<br><br>P.O. Box 1246<br><br>Scranton, PA 18501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | ███ Trust |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Fees which have been billed and remain unpaid from the practice of law, which I left in 12/97, will be remitted to me when collected. |

RECEIVED 2004 MAY 12 A 11:50 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Caputo, A. Richard | 5/6/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

|  | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

|  | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

|  | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Caputo, A. Richard | 5/6/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Mellon Bank | Credit Card | J |
| 2. MBNA America | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ▉▉▉ Trust | B | Div. & Int. | M | T | | | | | |
| 2. - WYETH - Common Stock | | | | | | | | | |
| 3. - Chevron n/k/a Chevron Texaco Corp. - Common Stock | | | | | partial | 3/28 | J | C | |
| 4. - G E Common Stock | | | | | | | | | |
| 5. - Johnson & Johnson Common Stock | | | | | | | | | |
| 6. - Microsoft Common Stock | | | | - | | | | | |
| 7. - Sara Lee Common Stock | | | | | sold | 3/28 | J | C | |
| 8. - Harley Davidson Common Stock | | | | | | | | | |
| 9. - Carnival Corp. k/n/a Carnival CP New Paired Common Stock | | | | | | | | | |
| 10. - Cisco Sys. Inc. Common Stock | | | | | | | | | |
| 11. -Altria Group Inc. Common Stock | | | | | buy | 8/14 | J | | |
| 12. - Chicos Fas Inc. Common Stock | | | | | buy | 8/14 | J | | |
| 13. - Citigroup Inc. Common Stock | | | | | buy | 8/14 | J | | |
| 14. - Constellation Brands Inc. Class A Common Stock | | | | | buy | 8/14 | J | | |
| 15. - Dominion Res. Inc. (New) Common Stock | | | | | buy | 8/14 | J | | |
| 16. - Dow Chemical Co. Common Stock | | | | | buy | 8/14 | J | | |
| 17. - Allergan Inc. Common Stock | | | | | buy | 8/14 | J | | |
| 18. IRA #1 | B | Div. & Int. | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. - Verizon Common Stock | | | | | | | | | |
| 20. - Morgan Stanley Dean Witter Liquid Asset Fund | | | | | sell | 10/31 | K | B | |
| 21. - LPL Premier Money Market Shares | | | | | buy | 11/6 | K | | |
| 22. - Carnival Corp. Common Stock | | | | | sold | 4/17 | J | D | |
| 23. -Computer Assoc. Int'l Common Stock | | | | | sold | 12/15 | J | | |
| 24. - Carlisle Co. Inc. Common Stock | | | | | | | | | |
| 25. - Conoco Common Stock | | | | | | | | | |
| 26. - Dial Corp. New Common Stock | | | | | | | | | |
| 27. - Pfizer Inc. Common Stock | | | | | | | | | |
| 28. - JDS Uniphase Common Stock | | | | | | | | | |
| 29. - MCI Worldcom Common Stock | | | | | | | | | |
| 30. - Dell Computers Common Stock | | | | | | | | | |
| 31. - Lucent Technologies Common Stock | | | | | | | | | |
| 32. - Agere Sys. Inc. Class A Common Stock | | | | | sell | 8/15 | J | A | |
| 33. - Agere Sys. Inc. Class B Common Stock | | | | | sell | 8/15 | J | A | |
| 34. -Citigroup Common Stock | | | | | buy | 8/15 | J | | |
| 35. - Precision Castparts Common Stock | | | | | | | | | |
| 36. - Bristol Myers Squibb Common Stock | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. - FleetBoston Financial Common Stock | | | | | buy | 8/15 | J | | |
| 38. - Allergan Inc. Common Stock | | | | | buy | 8/15 | J | | |
| 39. - Chico's Fas Inc. Common Stock | | | | | buy | 8/15 | J | | |
| 40. - Harley Davidson Inc. Common Stock | | | | | buy | 8/15 | J | | |
| 41. - Microsoft Corp. Common Stock | | | | | buy | 8/15 | J | | |
| 42. - Whole Foods Markets Inc. Common Stock | | | | | buy | 8/15 | J | | |
| 43. - Leucadia Nat'l Corp. Common Stock | | | | | buy | 12/5 | J | | |
| 44. - Cooper COS Inc. Common Stock | | | | | buy | 12/15 | J | | |
| 45. - Honeywell Int'l Inc. Common Stock | | | | | buy | 12/15 | J | | |
| 46. Wachovia Corp. Common Stock | D | Dividend | M | T | | | | | |
| 47. East Stroudsburg S.D. Municipal Bond | B | Interest | K | T | redeem | 11/17 | K | | |
| 48. Warwick S.D. Municipal Bond | B | Interest | L | T | | | | | |
| 49. PA State Higher Educ. Bond | B | Interest | K | T | | | | | |
| 50. Eastern Penn S.D. Municipal Bond | B | Interest | L | T | | | | | |
| 51. Great Valley S.D. Municipal Bond | B | Interest | K | T | partial red. | 4/17 | J | | |
| 52. Morgan Stanley Dean Witter Liquid Asset Fund | A | Dividend | J | T | sell | 10/30 | J | | |
| 53. LPL Premier Money Market Shares | A | Interest | K | T | buy | 11/20 | K | | |
| 54. Pfizer Inc. Common Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. IRA #2 | A | Div. & Int. | J | T | | | | | |
| 56. - MSDW Growth Fund B | | | | | sold | 12/19 | J | A | |
| 57. - MSDW American Opp. B | | | | | sold | 12/19 | J | A | |
| 58. - LPL Premier Money Market Shares | | | | | buy | 12/12 | J | | |
| 59. - LPL Premier Money Market Shares | | | | | buy | 12/24 | J | | |
| 60. Morgan Stanley Dean Witter Liquid Asset Fund | A | Dividend | J | T | sold | 12/5 | J | | |
| 61. LPL Premier Money Market Shares | A | Dividend | J | T | buy | 12/12 | J | | |
| 62. Gen. Motors H Com Stk now Hughes Elect. Corp. & News Corp. | | None | J | T | exchange | 12/24 | J | | |
| 63. ▪ acres vacant land - Orange County, Florida | | None | P1 | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part VII - Line 18 - IRA #1 was formerly Morgan Stanley Dean Witter IRA. This account is now with Integral Investment Group/ Linsco Private Ledger.

Part VII - Line 55 - IRA #2 was formerly Morgan Stanley Dean Witter IRA. This account is now with Intergral Investment Group/ Linsco Private Ledger.

Part VII - Line 59 of 2002 report - First Credit Union of Scranton Account does not meet reporting requirements and therefore will not be listed on this and future reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____     Date_____*May 11, 2004*_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544